522 P.2d 761

Christine R. PERRY, Appellant,

v.

APACHE JUNCTION ELEMENTARY SCHOOL DISTRICT # 43 BOARD OF TRUSTEES et al., Appellees.

No. 11391–PR.

Supreme Court of Arizona.

May 8, 1974.

CAMERON, V. C. J., did not participate in the determination of this matter.

522 P.2d 761

Arthur E. MATHIESON, Petitioner,

v.

The INDUSTRIAL COMMISSION of Arizona, Respondent,

Sahuaro Petroleum & Asphalt Co., Respondent Employer,

Fidelity & Casualty Company of New York, (Underwriters Adjusting Company), Respondent Carrier.

No. 11372–PR.

Supreme Court of Arizona.

May 8, 1974.

Further ordered: Denying said petition for review.

522 P.2d 761

William C. FIELDS, dba Gasoline Alley, Appellant,

v.

James B. STEYAERT, Appellee.

No. 11430–PR.

Supreme Court of Arizona.

May 14, 1974.

### ORDER

It is ordered that the order heretofore entered granting the petition for review in the above-entitled matter is vacated.

It is further ordered denying said petition for review.